UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**FILED - GR**

December 21, 2023 1:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: _KB_/12/21

FREDERICK L. MORRIS   162929

(Enter above the full name of the plaintiff(s), including prisoner number, in this action.  If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

**1:23-cv-1337**

Paul L. Maloney- U.S. District Judge
Ray Kent - Magistrate Judge

v.

DR ROBERT CRAMPTON M.D.

NIKKI MONROE RN

JACK Bellinger RN 13

(Enter above the full name of the defendant(s) in this action.  If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

### I. Previous Lawsuits

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?     Yes ☐  No ☒

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

   2. Is the action still pending?     Yes ☐  No ☒

      a. If your answer was no, state precisely how the action was resolved: _____

   _____

   3. Did you appeal the decision?     Yes ☐  No ☒
   4. Is the appeal still pending?     Yes ☐  No ☒

      a. If not pending, what was the decision on appeal? _____

   _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐  No ☐

      a. If so, explain: _____

   _____

(W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff FREDERICK L. MORRIS                162928

Place of Present Confinement OAKS CORRECTiONAl   Facility

Address 1500 CABARFAE Hwy, MANistee Mi. 49660

Place of Confinement During Events Described in Complaint OAKS CORRECTiONAl Facility

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 Dr Robert CRompton

Position or Title PRISON  Doctor

Place of Employment OAKS CoRREtiONAl Facility,

Address 1500 CAbARFeA Huy, MANIstee Mi 49660

Official and/or personal capacity? Both

Name of Defendant #2 NiKKi MONROE

Position or Title RN  HeAlth  uNit  MANageR

Place of Employment OAKS CORRECtiOMAl Facility

Address 1500 CADARFeA Huy MANistee Mi 49660

Official and/or personal capacity? Both

Name of Defendant #3 JAcK  Bellinger  RN13

Position or Title Health SeRvice SupeRviseR

Place of Employment OAKS CoRRectiONAl Facility

Address 1500 CABRAFeA Hyw. MANistee Mi 49660

Official and/or personal capacity? Both.

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

- 3 -                    (W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

Page 1

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

ISSUE I: Dr Robert Crompton Knew or Should have Known, that prolong use of Doxycycline without peroidcal examination, Could and Would cause autointoxication. Due to Dr Robert Crompton deliberate indifference to my health, my immune system was compermised by a prolonged unsupervised dosage of Doxcyceline, Twice daily of 100mg. Bactira was allowed to build up in my system unchecked and this became apperent when I became sick with Nasea, Vomiting, Diarrhea, and delirium. The P.A. Amanda Mattison Serio discontinued this Doxcyceline when she came to see me for this sickness, stating I had been on that medication for way too long. 10 days later Dr Robert Crompton came to see me and said it should work its way out. I was on this Doxcyceline from 3-15-22 to 11-3-23.

ISSUE II: Deliberate indifference on behalf of Nikki Monroe RN Health unit Manager, and Jack Bellinger RN 13 Nursing Superviser Lack of Concern to procure a Replacement CPAP HeadGear Mask and Hose, That had been lost or Misplaced for 3 months from CRT Weiss. As a direct result of this deliberate indifferance to my serious to my medical needs in procuring this much needed Equipment, I recycled this harmfull Bactira for months. Causing Days and Night of sickness from Diarrhia, Vomiting, Nausea and delirium.

Next page.

(W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

PAGE 2

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

Which caused me to ware Adult dipers, vomiting lost of sleep for nights. my CPAP could Not do the Job it was designed to do with a Bad mask and Hose. At night it would keep constant pressure and fill my stomic with air full of recycled Bactira. This keept me sick and delirous to the point that I fell in the presence of C/o Night as he was passing out food trays, injurying my left knee. leaving a large lump on my left leg. I was given No appointment to see Dr for this injury.

ISSUE III: Because health care personel Refused to provide me with Requested Antibacterial soap to keep mask and Hose clean, further perciptated my sickness by build up of Bacteria in my Bad soiled mask and Hose.

ISSUE IV: Delay in getting medical treatment for for severe knee injury that occured as a Direct Result of Autointoxication sickness.

ISSUE V: Anoved Name deffendents Wilfully an Maliciously descriminated against me in direct Violation of my Civil Rights By Failing to take such steps as may Be nessessary to ensure that No individual with A disability is excluded, Denied services, segergated or otherwise treated differnitly than other Individual Because of the Absence of Auxiliary aids and services.

- 4 -

(W.D. Mich. Form – Last Revised: September 2021)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

ORDER: Change in policy dealing with medical
Equipment.   ORDER: access to supply's For cleaning
equipment. ORDER: More Supervision in Medication
that has Side effects
Jury Trial
ORDER: Pain And suffering AND Punitive
Damage's of $500,000°°

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐   I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☒   I request that this case be assigned to a district judge.

12-20-23
**Date**

*Frederick Morris*
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)

FREDERICK L. MORRIS
162928
OAKS CORR FACILITY
1500 CABARFAE HWY.
MANISTEE MI.
            49660-0200

U.S. Distr
WesterN D
        OFFIC
399 FEDER
110 Michi
GRAND Ra

